UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-60579-CIV-DIMITROULEAS

Magistrate Judge Rosenbaum

EDUARDO LAUTIERI
and THOMAS H. KEESEE,

        Plaintiffs,

vs.

JAMES R. PAISLEY, JR., a/k/a
JAMES R. KELLIER, ak/a
JAMES R. KELLER, an individual; and
ATLANTIC PRODUCTIONS USA CORP.,
and CARIBBEAN TRANSFER AGENCY, LTD.

        Defendants.
_____/

## ORDER REQUIRING RICO CASE STATEMENT

THIS CAUSE is before the Court upon the filing of the Complaint [DE-1] herein on

April 24, 2008. [DE-1]. In the Complaint, the Plaintiffs assert a claim for civil RICO under 18

U.S.C. § 1964.  The Southern District of Florida Local Rule 12.1 requires "in all civil action

where a pleading contains a RICO cause of action pursuant to Title 18, United States Code,

Sections 1961-1968 . . ." that "the party filing the RICO claim shall, within thirty [30] days of the

filing (including filing upon removal or transfer) serve a RICO Case Statement."

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiffs shall file within

thirty days a Civil RICO Case Statement in accordance with Local Rule 12.1.

Dockets.Justia.com

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this

24th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Eduardo Lautieri, pro se
Thomas H. Keesee, pro se