UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-60579-CIV-DIMITROULEAS

Magistrate Judge Rosenbaum

EDUARDO LAUTIERI
and THOMAS H. KEESEE,

       Plaintiffs,

vs.

JAMES R. PAISLEY, JR., a/k/a
JAMES R. KELLIER, ak/a
JAMES R. KELLER, an individual; and
ATLANTIC PRODUCTIONS USA CORP.,
and CARIBBEAN TRANSFER AGENCY, LTD.

       Defendants.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR CLERK'S DEFAULT

THIS CAUSE is before the Court upon Plaintiffs' Request for Default, filed herein on June 4, 2008. [DE-8].  The Court has carefully considered the Motion and is otherwise fully advised in the premises.  Defendants in the above-styled action have failed to appear, answer or otherwise plead to the complaint filed herein.[1]  See Fed. R. Civ. P. 55(a).[2]  Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff's Request for Default [DE-8] is hereby

---

[1] Returned Executed Summons indicate Defendant James R. Paisley, Jr., a/k/a James R. Kellier, a/k/a James R. Keller [DE-5], Defendant Atlantic Productions USA Corporation [DE-6], and Defendant Caribbean Transfer Agency, Limited [DE-7] were served on May 10, 2008.

[2] If a defendant fails to file a responsive answer, then the defendant is in default, and either the clerk or the court may enter default against such a defendant. Jackson v . Beech, 636 F.2d 831, 835 (D.C. Cir. 1980).

**GRANTED**.  Default is hereby entered against Defendant James R. Paisley, Jr., a/k/a James R. Kellier, a/k/a James R. Keller, Defendant Atlantic Productions USA Corporation, and Defendant Caribbean Transfer Agency, Limited.  Plaintiffs may now move for an entry of default judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of June, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Clerk of Court
Eduardo Lautieri, pro se
Thomas H. Keesee, pro se

James R. Paisley, Jr. a/k/a James R. Kellier,
a/k/a James R. Keller, an individual and as
President of Atlantic Productions USA Corporation
and as President of Caribbean Transfer Agency, Limited
557 Church Hill Road
Landenburg, PA 19350