UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60579-CIV-DIMITROULEAS

Magistrate Judge Rosenbaum

EDUARDO LAUTIERI
and THOMAS H. KEESEE,

      Plaintiffs,

vs.

JAMES R. PAISLEY, JR., a/k/a
JAMES R. KELLIER, ak/a
JAMES R. KELLER, an individual; and
ATLANTIC PRODUCTIONS USA CORP.,
and CARIBBEAN TRANSFER AGENCY, LTD.

      Defendants.
_____/

## ORDER REQUIRING AFFIDAVIT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Default Judgment, filed herein on July 25, 2008. [DE-12]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiffs filed the instant Motion indicating that Defendants have failed to answer, that a Clerk's Default was entered on June 25, 2008, and that they request default judgment against Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs shall file an affidavit demonstrating the amount due from Defendants on or before August 12, 2008. Plaintiffs shall serve a copy of the Motion for Entry of Default Judgment [DE-12] and the affidavit by that date as well. Defendants shall file a Response to the Motion for Entry of Default Judgment on or

before August 26, 2008. Defendant's failure to timely respond will result in the immediate entry of the default judgment.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of July, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Eduardo Lautieri, pro se
Thomas H. Keesee, pro se