UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-60579-CIV-DIMITROULEAS

Magistrate Judge Rosenbaum

EDUARDO LAUTIERI
and THOMAS H. KEESEE,

      Plaintiffs,

vs.

JAMES R. PAISLEY, JR., a/k/a
JAMES R. KELLIER, ak/a
JAMES R. KELLER, an individual; and
ATLANTIC PRODUCTIONS USA CORP.,
and CARIBBEAN TRANSFER AGENCY, LTD.

      Defendants.
_____/

## ORDER DENYING, AS MOOT, MOTION FOR ENTRY OF DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Default Judgment, filed herein on July 25, 2008. [DE-12].  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On August 6, 2008, Plaintiffs filed a new Motion for Entry of Default Judgment [DE-14] with an accompanying Affidavit on Damages [DE-15], as required by this Court [DE-13].

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Entry of Default Judgment, filed herein on July 25, 2008 [DE-12], is hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 27th day of August 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Clerk of Court
Eduardo Lautieri, pro se
Thomas H. Keesee, pro se