UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60579-CIV-DIMITROULEAS

Magistrate Judge Rosenbaum

EDUARDO LAUTIERI
and THOMAS H. KEESEE,

    Plaintiffs,

vs.

JAMES R. PAISLEY, JR., a/k/a
JAMES R. KELLIER, ak/a
JAMES R. KELLER, an individual; and
ATLANTIC PRODUCTIONS USA CORP.,
and CARIBBEAN TRANSFER AGENCY, LTD.

    Defendants.
_____/

## ORDER RESETTING CALENDAR CALL

THIS CAUSE is before the Court *sua sponte*.

Calendar Call is currently scheduled for Friday, September 26, 2008 at 10:00 a.m. Due to the scheduling of other matters, the Court finds it necessary to change the time of the Calendar Call.

Accordingly, it is **ORDERED AND ADJUDGED** that all parties shall appear at a calendar call commencing at **9:00 A.M.** on Friday, September 26, 2008. The remainder of this Court's Scheduling Order of August 27, 2008 stands as issued. [DE-17].

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 19th day of September, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Eduardo Lautieri, pro se
Thomas H. Keesee, pro se

James R. Paisley, Jr. a/k/a James R. Kellier,
a/k/a James R. Keller, an individual and as
President of Atlantic Productions USA Corporation
and as President of Caribbean Transfer Agency, Limited
557 Church Hill Road
Landenburg, PA 19350