UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60579-CIV-DIMITROULEAS

Magistrate Judge Rosenbaum

EDUARDO LAUTIERI
and THOMAS H. KEESEE,

      Plaintiffs,

vs.

JAMES R. PAISLEY, JR., a/k/a
JAMES R. KELLIER, ak/a
JAMES R. KELLER, an individual; and
ATLANTIC PRODUCTIONS USA CORP.,
and CARIBBEAN TRANSFER AGENCY, LTD.

      Defendants.
_____/

### ORDER SETTING DATE FOR NON-JURY TRIAL ON DAMAGES

THIS CAUSE is before the Court upon the Calendar Call before the undersigned on Friday, September 26, 2008. Defendants did not appear at the calendar call.

It is thereupon, **ORDERED AND ADJUDGED** that this case, whether the Defendants appear or not, is hereby set for a non-jury trial on damages on **Wednesday, October 1, 2008 at 9:30 a.m.**  Unless instructed otherwise by subsequent order, the trial and all other proceedings in this case shall be conducted in Courtroom 205B at the U.S. Courthouse, 299 E. Broward Boulevard, Fort Lauderdale, Florida.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 26th day of September, 2008.

                              WILLIAM P. DIMITROULEAS
                              United States District Judge

Copies furnished to:
Eduardo Lautieri, pro se
Thomas H. Keesee, pro se

James R. Paisley, Jr. a/k/a James R. Kellier,
a/k/a James R. Keller, an individual and as
President of Atlantic Productions USA Corporation
and as President of Caribbean Transfer Agency, Limited
557 Church Hill Road
Landenburg, PA 19350