UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  08-60579-CIV-DIMITROULEAS

Magistrate Judge Rosenbaum

EDUARDO LAUTIERI
and THOMAS H. KEESEE,

      Plaintiffs,

vs.

JAMES R. PAISLEY, JR., a/k/a
JAMES R. KELLIER, ak/a
JAMES R. KELLER, an individual; and
ATLANTIC PRODUCTIONS USA CORP.,
and CARIBBEAN TRANSFER AGENCY, LTD.

      Defendants.
_____/

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiffs' Motion for Entry of Default Judgment, filed herein on August 6, 2008. [DE-14].  The Court has carefully considered the Motion and is otherwise fully advised in the premises.

Plaintiffs filed the instant Motion for default judgment against Defendants.  Returned Executed Summons indicate Defendant James R. Paisley, Jr., a/k/a James R. Kellier, a/k/a James R. Keller [DE-5], Defendant Atlantic Productions USA Corporation [DE-6], and Defendant Caribbean Transfer Agency, Limited [DE-7] were served on May 10, 2008.  Defendants have failed to answer and a Clerk's Default was entered on June 25, 2008 [DE-10].  In an Order issued on July 29, 2008, this Court required Plaintiffs to file an Affidavit in Support of their Motion for Default Judgment (originally filed on July 25, 2008 [DE-12]).  The Court also required Plaintiffs

to serve the Motion, Affidavit, and Order on Defendants and required a response from Defendants on or before August 26, 2008.  The Order indicated that a failure to respond would result in the immediate granting of the Motion for Default Judgment.  Defendants have not responded or made any appearance in this case.  Thus, the entry of default judgment is warranted in this case.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Entry of Default Judgment as to Defendants [DE-14] is hereby **GRANTED**.  Pursuant to Federal Rule of Civil Procedure 58(a), a separate final judgment will be entered in this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 1st day of October, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Clerk of Court
Eduardo Lautieri, pro se
Thomas H. Keesee, pro se

James R. Paisley, Jr. a/k/a James R. Kellier,
a/k/a James R. Keller, an individual and as
President of Atlantic Productions USA Corporation
and as President of Caribbean Transfer Agency, Limited
557 Church Hill Road
Landenburg, PA 19350